## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

| | | |
|---|---|---|
| MAURICE LORENZO FLEMING | ) | No. 2:10-cr-0651 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| UNITED STATES OF AMERICA. | ) | |
| | ) | |
| _____ | ) | |

The above referenced case is before this court upon petitioner's Motion for Appointment of Counsel.

Congress does not appropriate funds to pay attorneys to prepare and file petitions for prisoners. Although this economic fact is not conclusively determinative of the issues, it is a practical consideration which cannot be ignored. In this case, the issues are not overly complex and whenever a case involves a pro se litigant, this court outlines proper procedure so the pro se litigant will not be deprived of a fair opportunity to present his or her case. Roseboro v. Garrison, 528 F.2d 309, 310 (4th Cir. 1975).

**IT IS THEREFORE ORDERED** that petitioner's motion for appointment of counsel is hereby **DENIED.**

**AND IT IS SO ORDERED.**

_____
David C. Norton
United States District Judge

Charleston, South Carolina
June 22, 2012